**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL IVAN NAVARRO,

      Plaintiff,

v.                                                                  Case No:   6:24-cv-1359-CEM-LHP

PELONKEY INC.,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** REQUEST FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 15)
>
> **FILED:** November 1, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Given Defendant's appearance in this case, Doc. Nos. 11, 13, 14, the above-styled motion is denied without prejudice for failure to comply with Local Rule 3.01(g).  In addition, the motion fails to include a memorandum of legal authority

- 2 -

as required by Local Rule 3.01(a).   Any renewed motion must fully comply with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on November 1, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties