**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL IVAN NAVARRO,

        Plaintiff,

v.                                     Case No:   6:24-cv-1359-CEM-LHP

PELONKEY INC.,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ORDER OF COURT DIRECTING ENTRY OF CLERK'S DEFAULT (Doc. No. 17)**
>
> **FILED:** November 18, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Although the renewed motion contains a Local Rule 3.01(g) certification, it focuses on whether Defendant intends to respond to the complaint.   Plaintiff fails to include Defendant's position on the motion, or state whether "the parties agree

on the resolution of all or part of the motion." Doc. No. 17, at 6. *See* Local Rule 3.01(g)(2)(B).

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties